IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RAMONA ESTRADA, on her own Behalf and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CBM, INC.,<br><br>    Defendant. | Civil Action File No.:<br>1:15-CV-02661- ELR<br><br>FAIR LABOR STANDARDS ACT COLLECTIVE ACTION |

## DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i), the Plaintiff in the above matter hereby dismisses her claims **without prejudice**.

Respectfully submitted, this 3rd day of December, 2015.

                              **PANKEY & HORLOCK, LLC**

                              By: /s/ Larry A. Pankey
                                    Larry A. Pankey
                                    Georgia Bar No. 560725
                                  **Attorney for Plaintiff**

1441 Dunwoody Village Parkway, Suite 200
Atlanta, Georgia  30338-4122
770-670-6250
770-670-6249 (fax)